# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

PHARMACEUTICAL RESEARCH AND
MANUFACTURERS OF AMERICA,

       Plaintiff-Appellee,

    v.

JOHN B. MCCUSKEY, in his official
capacity as Attorney General of West
Virginia; JOHN BERNABEI, in his official
capacity as a member of the West Virginia
Board of Pharmacy; JAMES RUCKER, in
his official capacity as a member of the
West Virginia Board of Pharmacy; JENNA
MISITI, in her official capacity as a
member of the West Virginia Board of
Pharmacy; SAM KAPOURALES, in his
official capacity as a member of the West
Virginia Board of Pharmacy; DAVID
BOWYER, in his official capacity as a
member of the West Virginia Board of
Pharmacy; DENNIS LEWIS, in his official
capacity as a member of the West Virginia
Board of Pharmacy; ROBERT DUNCAN,
in his official capacity as a member of the
West Virginia Board of Pharmacy;
ALLAN MCVEY, in his official capacity
as Insurance Commissioner,

       Defendants-Appellants.

Case No. 25-1054(L)

---

ABBVIE, INCORPORATED, a Delaware
corporation; ALLERGAN,
INCORPORATED, a Delaware
corporation; DURATA THERAPEUTICS,
INC., a Delaware corporation; ABBVIE

Case No. 25-1055

PRODUCTS LLC, a Georgia limited
liability company; APTALIS PHARMA
US, INC., a Delaware corporation;
PHARMACYCLICS LLC, a Delaware
limited liability company; ALLERGAN
SALES, LLC, a Delaware limited liability
company,

        Plaintiffs-Appellees,

  v.

JOHN B. MCCUSKEY, in his official
capacity as Attorney General of West
Virginia; ALLAN MCVEY, in his official
capacity as the West Virginia Insurance
Commissioner; JOHN BERNABEI;
JAMES RUCKER; JENNA MISITI; SAM
KAPOURALES; DAVID BOWYER;
DENNIS LEWIS, in his official capacity as
Board President of the West Virginia
Board of Pharmacy; ROBERT DUNCAN;
MICHAEL GOFF, in his official capacity
as the Executive Director of the West
Virginia Board of Pharmacy,

        Defendants-Appellants.

---

NOVARTIS PHARMACEUTICALS
CORPORATION,

        Plaintiff-Appellee,

  v.

JOHN B. MCCUSKEY, in his official
capacity as Attorney General of the State of
West Virginia; ALLAN MCVEY, in his

Case No. 25-1056

official capacity as Insurance Commissioner of West Virginia; JOHN BERNABEI; JAMES RUCKER; JENNA MISITI; SAM KAPOURALES; DAVID BOWYER; DENNIS LEWIS, in his official capacity as Board President of the West Virginia Board of Pharmacy; ROBERT DUNCAN,

        Defendants-Appellants.

## MOTION TO WITHDRAW COUNSEL

Curtis R. Capehart has ended his employment with the West Virginia Attorney General's Office, and the State Appellants hereby move to withdraw his appearance as counsel for the State of West Virginia in the above-captioned case. State Appellants will continue to be represented by Solicitor General Michael R. Williams.

    Respectfully submitted,

    JOHN B. MCCUSKEY
    ATTORNEY GENERAL

    */s/ Michael R. Williams*
    Michael R. Williams
    West Virginia Attorney General's Office
    1900 Kanawha Blvd. E, Bldg 1 Rm 26E
    Charleston, WV 25305
    (304) 558-2021
    Michael.R.Williams@wvago.gov

    *Counsel for State Defendants-Appellants*