FILED: April 3, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1054 (L)
(2:24-cv-00271)

_____

PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA

      Plaintiff - Appellee

v.

JOHN B. MCCUSKEY, in his official capacity as Attorney General of West Virginia; JOHN BERNABEI, in his official capacity as a member of the West Virginia Board of Pharmacy; JAMES RUCKER, in his official capacity as a member of the West Virginia Board of Pharmacy; JENNA MISITI, in her official capacity as a member of the West Virginia Board of Pharmacy; SAM KAPOURALES, in his official capacity as a member of the West Virginia Board of Pharmacy; DAVID BOWYER, in his official capacity as a member of the West Virginia Board of Pharmacy; DENNIS LEWIS, in his official capacity as a member of the West Virginia Board of Pharmacy; ROBERT DUNCAN, in his official capacity as a member of the West Virginia Board of Pharmacy; ALLAN MCVEY, in his official capacity as Insurance Commissioner

      Defendants - Appellants

------------------------------

340B HEALTH; AMERICAN HOSPITAL ASSOCIATION; WEST VIRGINIA HOSPITAL ASSOCIATION; WEST VIRGINIA PRIMARY CARE ASSOCIATION

      Amici Supporting Appellants

_____

O R D E R

_____

Upon consideration of the motion to exceed the length limitations for reply briefs, the court grants leave to file a reply brief not in excess of 9,750 words.

For the Court

/s/ Nwamaka Anowi, Clerk