UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

Appeal No. & Caption: 25-1054(L) PhRMA v. McCuskey

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

Cases Nos. 24-1939, 24-1949, and 24-1978 in this Court involve appeals of a preliminary injunction decision in challenges to a Maryland law that, like the West Virginia law at issue here, impermissibly seeks to rewrite the terms of the federal 340B Drug Pricing Program, 42 U.S.C. 256b.

Signature: /s/ Philip J. Perry          Counsel for: Appellee PhRMA

Date: 06/12/2025

**File using event:** RESPONSE/ANSWER (to Similar Case notice)