# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: **25-1054 (L)**     Date of Oral Argument: **09/09/25**

Caption: **Pharmaceutical Research & Manufacturers of America v. McCuskey**

Attorney Arguing: **See Addendum**

Arguing on Behalf of (party name):
**See Addendum**

Select party type:
☐ Appellant   ☑ Appellee   ☐ Appellant/Cross-Appellee   ☐ Appellee/Cross-Appellant   ☐ Amicus   ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.

→ 20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→ Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: **See Addendum**
Phone Number (day of argument):

Principal Argument Time:     Rebuttal Argument Time (if any):
(for appellants and appellees)     (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time: **See Addendum**
Phone Number (day of argument):

Principal Argument Time:     Rebuttal Argument Time (if any):
(for appellants and appellees)     (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:     Select one of the following: ☐ Order allowing argument time
                                                                                          ☐ Court-Appointed Amicus

Signature: **/s/ Jessica L. Ellsworth**     Date: **07/22/25**

## ADDENDUM

AbbVie Inc., Allergan, Inc., Durata Therapeutics, Inc., AbbVie Products LLC, Aptalis Pharma US, Inc., Pharmacyclics LLC, and Allergan Sales, LLC (collectively "AbbVie"), Novartis, and Pharmaceutical Research & Manufacturers of America (PhRMA) are Appellants in No. 24-1939 (L), *AbbVie, Inc. v. Anthony Brown*, a consolidated case arising out of three appeals of the District of Maryland's denial of preliminary injunctive relief in Appellants' challenge to a Maryland statute.

AbbVie, Novartis, and PhRMA are Appellees in No. 25-1054 (L), *Pharmaceutical Research & Manufacturers of America v. John McCuskey*, a consolidated case arising out of Appellant John McCuskey's appeal of the Southern District of West Virginia's grant of preliminary injunctive relief in Appellees' challenge to a similar West Virginia statute.

Both consolidated cases are scheduled to be argued at the 9:30 a.m. argument session on September 9, 2025. AbbVie, Novartis, and PhRMA respectfully request that counsel for each party be permitted to argue the issues in both cases, and that oral argument time for each case be *divided equally* between the following advocates:

Attorney Arguing for AbbVie:  Matthew S. Owen
Phone Number (day of argument):  (202) 957-9927


Attorney Arguing for Novartis:  Jessica L. Ellsworth
Phone Number (day of argument):  (202) 637-5886


Attorney Arguing for PhRMA:  Philip J. Perry
Phone Number (day of argument):  (202) 637-2244