# KIRKLAND & ELLIS LLP

Matthew S. Owen, P.C.
To Call Writer Directly:
+1 202 389 5943
matt.owen@kirkland.com

1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
United States

+1 202 389 5000

www.kirkland.com

Facsimile:
+1 202 389 5200

November 10, 2025

Nwamaka C. Anowi
Clerk of Court
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

Submitted Electronically via CM/ECF

  Re: No 25-1055: *AbbVie, et al. v. John McCuskey, et al.*

Dear Ms. Anowi:

  AbbVie files this letter under Rule 28(j) to inform the court that on October 30, 2025, HRSA approved AbbVie's application to participate in the 340B Rebate Model Pilot Program. Ex. 1; *see generally* 90 Fed. Reg. 36,163 (Aug. 1, 2025); ECF 104. AbbVie's approval relates to its argument that West Virginia's claims-data prohibition is unconstitutional.

  *First*, AbbVie's approval clarifies that, within the Pilot Program, covered entities are expected to submit some claims data before they receive rebates. Ex. 1 at 1. HRSA identified those categories of claims data on which AbbVie may condition rebates on Imbruvica within the Pilot Program. *See id.* And HRSA enumerated four "optional" categories of data that AbbVie cannot require in exchange for rebates. *Id.*; ECF 51 at 33-56. The letter demonstrates that HRSA contemplates a role for claims data transfers from covered entities to manufacturers within the federal 340B Program.

  *Second*, because the Pilot Program requires manufacturers to collect claims data, S.B. 325 interferes with AbbVie's ability to participate. ECF 51 at 33-56. To reiterate, manufacturers will sell drugs to 340B covered entities at the commercial price and later issue rebates for the difference between that price and the 340B price. 90 Fed. Reg. at 36,163. To determine when rebates are required, the Pilot Program contemplates that manufacturers will collect claims data from covered entities. *See id.* at 36,165. S.B. 325, however, prohibits AbbVie from collecting the data necessary to participate in the Pilot Program—HRSA's proposed tool for effectuating part of the 340B Program.

                              Respectfully submitted,

                              <u>/s/ Matthew S. Owen, P.C.</u>

| | |
|---|---|
| Steven R. Ruby | Matthew S. Owen, P.C. |
| Carey Douglas Kessler & Ruby PLLC | Meredith M. Pohl |
| 707 Virginia Street | Lucas H. Funk |
| 901 Chase Tower | Kirkland & Ellis LLP |
| Charleston, WV 25301 | 1301 Pennsylvania Avenue N.W. |
| (304)-345-1234 | Washington, D.C. 20004 |
| sruby@cdrklaw.com | (202) 389-5000 |
| | matt.owen@kirkland.com |
| | meredith.pohl@kirkland.com |
| | lucas.funk@kirkland.com |

*Counsel for Plaintiffs – Appellees AbbVie, Inc.; Allergan, Inc.; Durata Therapeutics, Inc.; AbbVie Products LLC; Aptalis Pharma US, Inc.; Pharmacyclics LLC; Allergan Sales, LLC*